**2013–0329.  State ex rel. Cuyahoga Metro. Hous. Auth. v. Ferguson.**
In Mandamus and Prohibition. On answer of respondents. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0336.  State ex rel. Redding v. Gallagher.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0352.  Jackson v. O'Brien.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0385.  State ex rel. Grady v. Saffold.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0407.  Pruitt v. McGrath.**
Miscellaneous Case. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0420.  In re Petition for Writ of Habeas Corpus of Trollinger.**
In Habeas Corpus. On petition for writ of habeas corpus of Trollinger. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2012–1272.  ProgressOhio.org, Inc. v. JobsOhio.**
Franklin App. No. 11AP–1136, 2012-Ohio-2655. On motion requesting the court to take judicial notice and motion for summary reversal. Motions denied.
O'DONNELL, J., not participating.

**2013–0300.  State ex rel. Cincinnati Enquirer v. Lyons.**
In Mandamus and Prohibition. An alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05:
The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days after the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.
PFEIFER and O'DONNELL, JJ., dissent and would dismiss the cause.
KENNEDY, J., not participating.

**2013–0304.  Bank of Am., N.A. v. Kuchta.**
Medina App. No. 12CA0025-M, 2012-Ohio-5562. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' entry filed January 22, 2013:
"When a defendant fails to appeal from a trial court's judgment in a foreclosure action, can a lack of standing be raised as part of a motion for relief from judgment?"
PFEIFER, O'DONNELL, and FRENCH, JJ., dissent.
The conflict case is *PNC Bank, N.A. v. Botts*, 10th Dist. No. 12AP–256, 2012-Ohio-5383.

**2013–0418.  State v. Kidd.**
Hamilton App. Nos. C–120234 and C–120284. On motion for delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2013–0454.  In re Guardianship of Soltesz.**
Erie App. Nos. E–11–003 and E–11–015. On amended motion for stay of court of appeals' judgment. Motion denied.